UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID W. POYDRAS (#115750)

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 10-117-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 5, 2010 (doc. no. 5). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and without prejudice to any state law claim.

Baton Rouge, Louisiana, this 24th day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA