UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID W. POYDRAS (#115750)

VERSUS

STATE OF LOUISIANA



CIVIL ACTION

NO. 10-117-JJB-SCR

## ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and without prejudice to any state law claim.

Baton Rouge, Louisiana, this 24th day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA