UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID W. POYDRAS (#115750)

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 10-117-JJB-SCR

## RULING

Having granted plaintiff's motion for new trial, the court revisits this matter taking careful consideration of the Report and Recommendation of the Magistrate Judge (doc. 5), the Supplemental Report and Recommendation of the Magistrate Judge (doc. 13) and the objections filed by plaintiff (docs. 6 and 17).

The court finds that the objections filed by plaintiff lack merit. The court hereby approves the Report and Recommendation (doc. 5) and the Supplemental Report and Recommendation (doc. 17) and adopts them as the court's opinion herein.

Accordingly, the plaintiff's complaint as amended will be DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), without prejudice to any state law claim.

Baton Rouge, Louisiana, this 5th day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA